IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC V. MITCHEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-00432-O-BP |
| § | |
| NEXERA HOLDINGS LLC, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Select Portfolio Servicing ("SLS")'s Motion to Vacate Default (ECF No. 23) is **GRANTED** and Mitchel's Motion for Default Judgment (ECF No. 22) is **DENIED** as moot.

**SO ORDERED** this **20th day** of **October, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**