IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC V. MITCHEL, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:25-cv-00432-O-BP |
| | § |
| NEXERA HOLDINGS LLC, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** Defendants' Motions to Dismiss (ECF No. 8, 11) are **GRANTED**, and Plaintiff's claims against Defendants Opendoor Property J LLC, Opendoor Brokerage LLC, and Nexera Holdings, LLC d/b/a Newfi Lending are **DISMISSED**. Defendant's Motion to Dismiss (ECF No. 39) is **DENIED as moot**.

**SO ORDERED** this **5th day** of **December, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**