IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC V. MITCHEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00432-O-BP |
| | § | |
| NEXERA HOLDINGS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United State District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** Defendant's Motion to Dismiss (ECF No. 42) is **GRANTED**, and Plaintiff's claims against Defendant Planet Home Lending LLC are **DISMISSED** with leave to file an amended complaint on or before **March 25, 2026**.

**SO ORDERED** this **March 11, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**